**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DIANE FAIRFIELD,

                Respondent

          v.

RICHARD FAIRFIELD,

                Petitioner

: No. 499 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.